Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, California 92123
Telephone: (619) 683-7971
Facsimile: (619) 241-8309

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL SAPAN,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>HURON LAW GROUP PLLC, a Michigan Professional Limited Liability Company, CHARLES N. DEGRYSE, an individual,<br><br>　　　　Defendants. | **Case No: 16-cv-01359 DOC-DFM**<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Judge: Hon. David O. Carter |

Comes now Plaintiff PAUL SAPAN, to notify the Court pursuant to Local Rule 16-15.7 that the parties have reached settlement of the material issues in dispute in the above captioned case and will file a Notice or Stipulation Of Dismissal With Prejudice within thirty (30) days. The Parties will file a request for dismissal with prejudice upon final settlement.

DATED: August 30, 2016            **PRATO & REICHMAN, APC**

                                  /s/ Christopher J. Reichman_____
                                  By: Christopher J. Reichman,
                                  Attorney for Plaintiff,
                                  PAUL SAPAN

Notice of Settlement

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date below.

__X__ Via E-mail:  Pursuant to agreement and stipulation of the parties, I attached the foregoing document in a commonly used format (.pdf) and sent said e-mail to the address listed below from my normal e-mail account (chrisr@prato-reichman.com).

Michael A. Thurman
Thurman Legal
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106

(no formal appearance required yet)

DATED: August 31, 2016                **PRATO & REICHMAN, APC**

                                           _/s/ Christopher J. Reichman_____
                                           By: Christopher J. Reichman,
                                           Attorney for Plaintiff,
                                           PAUL SAPAN